1  REHON & ROBERTS, APC
   Mark V. Isola (SBN 154614)
2  misola@rehonroberts.com
   830 The Alameda
3  San Jose, CA 95126
   Phone: (408) 494-0900
4  Fax: (408) 494-0909

5  NIRO, HALLER & NIRO
   Vasilios D. Dossas *(Pro Hac Vice)*
6  dossas@nshn.com
   181 West Madison, Suite 4600
7  Chicago, IL 60602-4515
   Phone: (312) 236-0733
8  Fax: (312) 236-3137

9  Attorneys for Vertical Computer Systems, Inc.

10               IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| VERTICAL COMPUTER SYSTEMS, INC., | Case No. 3:11-cv-2425-RS |
|---|---|
| Plaintiff, | [As consolidated into Case No. 3:10-cv-4645-RS] |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A); [PROPOSED] ORDER** |
| INTERWOVEN, INC., | |
| Defendant. | |

   IT IS STIPULATED, by and between Plaintiff, Vertical Computer Systems, Inc. ("Vertical") and Defendant, Interwoven, Inc. ("Interwoven") (referred to collectively as "the Parties"), through their counsel of record and subject to approval of the Court, and in accordance with the Stipulation to Consolidate Cases and Vacate Case Management (Dkt. No. 67), that:

   The claims asserted by the later filed case, Case No. 3:11-cv-2425-RS, shall be dismissed without prejudice, in favor of those presented by Interwoven in the earlier filed case, Case No. 3:10-cv-4645-RS, and in the counterclaims presented by Vertical in that earlier filed case.

1  Dated:  August 25, 2011

3               /s/ Mark V. Isola
                REHON & ROBERTS, APC
4               Mark V. Isola (SBN 154614)
                misola@rehonroberts.com
5               830 The Alameda
                San Jose, CA  95126
6               Phone: (408) 494-0900
                Fax: (408) 494-0909

8               NIRO, HALLER & NIRO
                Vasilios D. Dossas *(Pro Hac Vice)*
                dossas@nshn.com
9               181 West Madison, Suite 4600
                Chicago, IL 60602-4515
10              Phone: (312) 236-0733
                Fax: (312) 236-3137

                **Attorneys for Plaintiff,**
12              **Vertical Computer Systems, Inc.**

13              */s/ Bijal V. Vakil*
                Noah A. Brumfield
14              (nbrumfield@whitecase.com)
                Shamita D. Etienne-Cummings
15              (setienne@whitecase.com)
                Bijal V. Vakil
16              (bvakil@whitecase.com)
                WHITE & CASE LLP
17              5 Palo Alto Square, 9th Floor
                3000 El Camino Real
18              Palo Alto, CA  94306
                Tel:  (650) 213-0300
19              Fax: (650) 213-8158

20              **Attorneys for Defendant, Interwoven, Inc.**

26  STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER -- CASE NO. 4:11-CV-2425-RS                                                                 2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August __, 2011

_____
HONORABLE RICHARD SEEBORG
United States District Court