*E-Filed 8/26/11*

1  REHON & ROBERTS, APC
   Mark V. Isola (SBN 154614)
2  misola@rehonroberts.com
   830 The Alameda
3  San Jose, CA  95126
   Phone: (408) 494-0900
4  Fax: (408) 494-0909

5  NIRO, HALLER & NIRO
   Vasilios D. Dossas *(Pro Hac Vice)*
6  dossas@nshn.com
   181 West Madison, Suite 4600
7  Chicago, IL 60602-4515
   Phone: (312) 236-0733
8  Fax: (312) 236-3137

9  Attorneys for Vertical Computer Systems, Inc.

10          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| VERTICAL COMPUTER SYSTEMS, INC., | Case No. 3:11-cv-2425-RS |
| | [As consolidated into |
| Plaintiff, | Case No. 3:10-cv-4645-RS] |
| | |
| v. | **STIPULATION OF DISMISSAL** |
| | **WITHOUT PREJUDICE PURSUANT** |
| INTERWOVEN, INC., | **TO FED.R.CIV.P. 41(a)(1)(A);** |
| | **[PROPOSED] ORDER** |
| Defendant. | |

17          IT IS STIPULATED, by and between Plaintiff, Vertical Computer Systems, Inc.

18  ("Vertical") and Defendant, Interwoven, Inc. ("Interwoven") (referred to collectively as "the

19  Parties"), through their counsel of record and subject to approval of the Court, and in accordance

20  with the Stipulation to Consolidate Cases and Vacate Case Management (Dkt. No. 67), that:

21          The claims asserted by the later filed case, Case No. 3:11-cv-2425-RS, shall be dismissed

22  without prejudice, in favor of those presented by Interwoven in the earlier filed case, Case No.

23  3:10-cv-4645-RS, and in the counterclaims presented by Vertical in that earlier filed case.

24

25

26

1   Dated:  August 25, 2011

2

3                                                   _/s/ Mark V. Isola_____
                                                    REHON & ROBERTS, APC
4                                                   Mark V. Isola (SBN 154614)
                                                    misola@rehonroberts.com
5                                                   830 The Alameda
                                                    San Jose, CA  95126
6                                                   Phone: (408) 494-0900
                                                    Fax: (408) 494-0909
7
                                                    NIRO, HALLER & NIRO
8                                                   Vasilios D. Dossas *(Pro Hac Vice)*
                                                    dossas@nshn.com
9                                                   181 West Madison, Suite 4600
                                                    Chicago, IL 60602-4515
10                                                  Phone: (312) 236-0733
                                                    Fax: (312) 236-3137
11
                                                    **Attorneys for Plaintiff,**
12                                                  **Vertical Computer Systems, Inc.**

13                                                  _/s/ Bijal V. Vakil_____
                                                    Noah A. Brumfield
14                                                  (nbrumfield@whitecase.com)
                                                    Shamita D. Etienne-Cummings
15                                                  (setienne@whitecase.com)
                                                    Bijal V. Vakil
16                                                  (bvakil@whitecase.com)
                                                    WHITE & CASE LLP
17                                                  5 Palo Alto Square, 9th Floor
                                                    3000 El Camino Real
18                                                  Palo Alto, CA  94306
                                                    Tel:  (650) 213-0300
19                                                  Fax: (650) 213-8158

20                                                  **Attorneys for Defendant, Interwoven, Inc.**

21

22

23

24

25

26   STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER -- CASE NO. 4:11-CV-2425-RS                    2

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

Dated:  August 26, 2011

4

5

HONORABLE RICHARD SEEBORG
United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER -- CASE NO. 4:11-CV-2425-RS