*E-Filed 8/26/11*

1  REHON & ROBERTS, APC
   Mark V. Isola (SBN 154614)
2  misola@rehonroberts.com
   830 The Alameda
3  San Jose, CA  95126
   Phone: (408) 494-0900
4  Fax: (408) 494-0909

5  NIRO, HALLER & NIRO
   Vasilios D. Dossas (*Pro Hac Vice*)
6  dossas@nshn.com
   181 West Madison, Suite 4600
7  Chicago, IL 60602-4515
   Phone: (312) 236-0733
8  Fax: (312) 236-3137

9  Attorneys for Vertical Computer Systems, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VERTICAL COMPUTER SYSTEMS, INC., | Case No. 3:11-cv-2425-RS |
|---|---|
| Plaintiff, | [As consolidated into Case No. 3:10-cv-4645-RS] |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A); [**PROPOSED**] ORDER** |
| INTERWOVEN, INC., | |
| Defendant. | |

   IT IS STIPULATED, by and between Plaintiff, Vertical Computer Systems, Inc. ("Vertical") and Defendant, Interwoven, Inc. ("Interwoven") (referred to collectively as "the Parties"), through their counsel of record and subject to approval of the Court, and in accordance with the Stipulation to Consolidate Cases and Vacate Case Management (Dkt. No. 67), that:

   The claims asserted by the later filed case, Case No. 3:11-cv-2425-RS, shall be dismissed without prejudice, in favor of those presented by Interwoven in the earlier filed case, Case No. 3:10-cv-4645-RS, and in the counterclaims presented by Vertical in that earlier filed case.

1  Dated:  August 25, 2011

3  /s/ Mark V. Isola
REHON & ROBERTS, APC
4  Mark V. Isola (SBN 154614)
misola@rehonroberts.com
5  830 The Alameda
San Jose, CA  95126
6  Phone: (408) 494-0900
Fax: (408) 494-0909

8  NIRO, HALLER & NIRO
Vasilios D. Dossas *(Pro Hac Vice)*
dossas@nshn.com
9  181 West Madison, Suite 4600
Chicago, IL 60602-4515
10 Phone: (312) 236-0733
Fax: (312) 236-3137

12 **Attorneys for Plaintiff,**
**Vertical Computer Systems, Inc.**

13 /s/ Bijal V. Vakil
Noah A. Brumfield
14 (nbrumfield@whitecase.com)
Shamita D. Etienne-Cummings
15 (setienne@whitecase.com)
Bijal V. Vakil
16 (bvakil@whitecase.com)
WHITE & CASE LLP
17 5 Palo Alto Square, 9th Floor
3000 El Camino Real
18 Palo Alto, CA  94306
Tel:  (650) 213-0300
19 Fax: (650) 213-8158

20 **Attorneys for Defendant, Interwoven, Inc.**

26 STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER -- CASE NO. 4:11-CV-2425-RS        2

1 **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 26, 2011

_____
HONORABLE RICHARD SEEBORG
United States District Court